Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–6680.   McCormick et al. *v.* Texas, *ante*, p. 919;

No. 78–6777.   Earvin *v.* Texas, *ante*, p. 919;

No. 78–6805.   Steelman *v.* Colorado et al., *ante*, p. 915;

No. 79–34.   Stinson *v.* Louisiana State Bar Assn., *ante*, p. 803;

No. 79–76.   Black *v.* Payne et al., *ante*, p. 867;

No. 79–295.   Pollard *v.* Metropolitan Life Insurance Co., *ante*, p. 917;

No. 79–5031.   Hargrave *v.* Florida, *ante*, p. 919;

No. 79–5263.   Peeler *v.* Arizona, *ante*, p. 919;

No. 79–5285.   Hawk *v.* Oregon, *ante*, p. 921; and

No. 79–5385.   Sibley *v.* United States, *ante*, p. 937.   Petitions for rehearing denied.

No. 79–5420.   Wilson *v.* First Valley Bank, *ante*, p. 945. Petition for rehearing denied.   Mr. Justice Marshall took no part in the consideration or decision of this petition.

No. 78–6567.   LeDuc *v.* Florida, *ante*, p. 885;

No. 78–6671.   Begley *v.* Kentucky et al., *ante*, p. 850;

No. 78–6939.   Kassima *v.* United States, *ante*, p. 863;

No. 79–5027.   Calvin K. et ux. *v.* Commissioner of Internal Revenue, *ante*, p. 872; and

No. 79–5149.   Studifin *v.* New York Telephone Co., *ante*, p. 877.   Motions for leave to file petitions for rehearing denied.

December 4, 1979

No. 79–595.   Natural Resources Defense Council, Inc., et al. *v.* Long Island Lighting Co.   C. A. 2d Cir.   Certiorari dismissed before judgment as to petitioner Scientists' Institute for Public Information under this Court's Rule 60.